**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **IN RE DEPAKOTE:** | ) | |
| | ) | |
| **RHEALYN ALEXANDER,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 12-CV-52-NJR-SCW** |
| | ) | |
| **vs.** | ) | **LEAD CONSOLIDATED CASE** |
| | ) | |
| **ABBOTT LABORATORIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**ROSENSTENGEL, District Judge:**

On April 27, 2015, the Court directed the parties to submit five additional cases to serve as bellwethers in the summer of 2016, via *ex parte* e-mail to the Court by June 10, 2015 (Doc. 387). The Court has thoroughly reviewed those submissions and selects the following cases for bellwether trials:

1. **H.B. and parent Stacy Bartolini (12-cv-0053)**

2. **T.C. and parent Kayla Rose McGuinness (12-cv-0694)**

3. **E.R.G. and parent Christina Raquel (12-cv-0055)**

The parties are to conduct discovery as to all three plaintiffs and submit an *ex parte* summary of each case (including detailed facts, prescriber information, expected witnesses, anticipated length of trial, etc.) on or before **December 31, 2015**. The Court will then decide the order in which the cases will proceed to trial, a firm 2016 date will be

set, and other scheduling deadlines imposed.

The Court is assigning a new case number to these three cases for management and docket control purposes only. From this point forward, all pleadings relating to *these plaintiffs* shall be filed in **15-cv-702-NJR-SCW**. For any attorneys who are not counsel of record for these three cases, it will be their responsibility to check 15-cv-702-NJR-SCW for notice of upcoming deadlines, rulings, etc.

**IT IS SO ORDERED.**

**DATED: June 26, 2015**

s/ Nancy J. Rosenstengel
**NANCY J. ROSENSTENGEL**
**United States District Judge**