IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

E.G., a minor, by CHRISTINA RAQUEL, )
his Parent and Next Friend, )
)
      Plaintiff, )
) Case No. 15-CV-702-NJR-SCW
vs. )
)
ABBOTT LABORATORIES, INC., )
)
      Defendant. )

## VERDICT FORM A

We, the jury, find for Stevie Gonzalez and against Abbott. We assess the damages for Stevie Gonzalez in the amount of:

TOTAL                                      $ 15,000,000

*Please date and sign the verdict form, inform the Court Security Officer that a verdict has been reached, and return to the courtroom.*

Date: June 9, 2017