IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| E.G., a minor, by CHRISTINA RAQUEL, his Parent and Next Friend, <br><br> Plaintiff, <br><br> vs. <br><br> ABBOTT LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 15-CV-702-NJR-SCW ) ) ) ) ) |

## VERDICT FORM – PUNITIVE DAMAGES

On Stevie Gonzalez's claim for punitive damages against Abbott, we the jury find as follows (*answer the question below*):

Did Stevie Gonzalez prove by clear and convincing evidence that Abbott engaged in conduct with malice, oppression, or fraud?

_____ YES            \_\_✓\_\_ NO

Note:  If your answer to the above question is NO, skip to the next page of this form and date and sign the verdict form.

If your answer to the above question is YES, complete the remainder of this form.

We assess punitive damages in the amount of:

$_____.

*Please date and sign the verdict form, inform the Court Security Officer that a verdict on punitive damages has been reached, and return to the courtroom.*

Date: June 9, 2017