IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE DEPAKOTE: | ) |
| | ) |
| E.R.G., a minor, by CHRISTINA RAQUEL, as parent and next friend of E.R.G., | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 12-CV-55-NJR-SCW |
| | ) Case No. 15-CV-702-NJR-SCW |
| ABBOTT LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION PURSUANT TO RULE 54(b)

**DECISION BY THE COURT.**

This action was tried by a jury with District Judge Nancy J. Rosenstengel presiding, and the jury has rendered a verdict on the merits.

**IT IS ORDERED AND ADJUDGED** that Plaintiff E.R.G. recover from Defendant, Abbott Laboratories, Inc., compensatory damages in the amount of $15,000,000.00.

DATED:   June 13, 2017

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
    Deputy Clerk

APPROVED:   s/ Nancy J. Rosenstengel
            NANCY J. ROSENSTENGEL
            United States District Judge